**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-6796**

───────────

PAUL MARCUS MADISON, III, a/k/a Paul Marcus
Madison, Jr., a/k/a Paul Mark Madison,

                                        Petitioner - Appellant,

        versus

THOMAS CORCORAN, Warden; ATTORNEY GENERAL OF
THE STATE OF MARYLAND,

                                        Respondents - Appellees.

───────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-
97-3240-PJM)

───────────

Submitted: October 20, 1998        Decided: November 4, 1998

───────────

Before WILKINS and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Paul Marcus Madison, III, Appellant Pro Se. John Joseph Curran,
Jr., Attorney General, Annabelle Louise Lisic, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Paul Marcus Madison, III, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Madison v. Corcoran, No. CA-97-3240-PJM (D. Md. May 20, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2